Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:19-cr-00178 |
| | ) | JUDGE TRAUGER |
| LEANNA M. CLARK | ) | |
| | ) | |

## MOTION TO DISMISS APPEAL

Defendant Leanna M. Clark, in consultation with counsel, has concluded that it would be of no value to proceed with this appeal as no non-frivolous issues for appeal exist. A written permission/acknowledgment to dismiss the appeal, signed by defendant is attached to this motion.

WHEREFORE, it is respectfully urged that this Honorable Court dismiss this appeal.

Respectfully submitted,

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ (BPR#022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047

Attorney for Leanna M. Clark